**Chad Edward Weiss**
**Sedgwick County**
**Adult Detention Facility**
**141 W. Elm**
**Wichita, KS 67203**



FILED

MAR 1 0 2020

Clerk, U.S. District Court
By: _____ Deputy Clerk

---

Telephone No.: 316-269-3200　　　　　　　　　　　　　　　　　　　　Fax No.: 316-269-4566

March 9th, 2020

**OVERNIGHT UNITED STATES**
**POSTAL SERVICE MAIL**

Timothy M. O'Brien, Clerk of Court
United States District Court
444 S.E. Quincy
Topeka, KS 66683

**PREPARED WITH THE ASSISTANCE OF COUNSEL see KRPC 1.2 (c) (See Kansas Ethics Refresher No. 45, at ksethics_bounces@lists.washlaw.edu).**

**RE: Chad Edward Weiss vs. Jeff Easter, et. Al; Case No.:18-3112-HLT-KGG**

Dear Timothy:

    A. Enclosed please find Chad Edward Weiss's Response to the Court's Order to Show Cause, with accompanying attachments.

Please forward all communications regarding the above-referenced matter to the address listed above.

Sincerely,

/s/ Chad Edward Weiss

Chad Edward Weiss
Appearing Pro Se

①

District Judge Holly L. Teeter

Why I failed to timely respond to defendants motions to dismiss and motion for summary judgment:

I did not even know that I was suppose to reply and I really do not know what to do. I have asked for counsel see Docs. 17 and 18 and have even tried to retain private counsel with no sucess. My mother just died of ovarean cancer and was my only source of help. She contacted numerous law firms which my criminal attorney can verify. I now have no one to ask for help or any kind of resources.

Now my response to defendants' motions to dismiss and motion for summary judgment.

The Dr. Stopps statements are not true. He did refuse a surgical procedure as indicated in the Martinez report where he stated to his boss the director of nurses Denise "That the surgery would not be appropriate at that time!" Even though Dr. Mouffarrij a Neurosurgeon stated that the surgery is nessasary due to the head pains I was having.

As to Lisa Ireland, she was informed by me when I was brought into the jail about my head injury and that I was in serious head pains as indicated in the Martinez report. I had at that time a serious medical need and was suffering extensive head pains as indicated in the screening report done by Lisa and she wrote in that report that I had no head trauma.

All of these defendants are not being truthful and ANY attorney that specializes in medical negligence cases would see that just by reading the Martinez report.

As to my "claim" which I did not fail to state. I was medically neglected from day one and was made to suffer extensive head pains and seizures for over 4 months before being treated for the serious medical need I had which a neurosurgeon did say that I needed surgery due to my head pains.

I may have to submit another ammended complaint to be more clear. But I do need help, I am 32 years old and am special needs with a still serious Traumatic Brain Injury. I have tried to get numerous attorneys but never hear back.

This case is so complex and I do not know how to argue with lawyers and law firms like these defendants have. I need a attorney and am going to submit another appointment of council motion but need more time.

Today is Thursday the 5th and I need to get this sent out so that it gets to you in time. But I need a continuance.

Signed: Chad E. Weiss