## Other Orders/Judgments
5:18-cv-03112-HLT-KGG Weiss v.
Easter et al

PLC2

Click here to send this document via Secure Message

### U.S. District Court

### DISTRICT OF KANSAS

**Notice of Electronic Filing**

The following transaction was entered on 2/26/2020 at 9:11 AM CST and filed on 2/26/2020
**Case Name:**      Weiss v. Easter et al
**Case Number:**      5:18-cv-03112-HLT-KGG
**Filer:**
**Document Number:** 66

**Docket Text:**
**ORDER TO SHOW CAUSE- Plaintiff is therefore directed to do the following two things on
or before March 10, 2020: (1) explain, in writing, why he failed to timely respond to
Defendants' motions to dismiss and motion for summary judgment; and (2) file his
response to Defendants' motions to dismiss and motion for summary judgment (Docs. 55,
58). If Plaintiff fails to respond to this order, or to file responses to the motions to dismiss
and motion for summary judgment as directed, the Court will take up the motions without
the benefit of Plaintiff's response. Signed by District Judge Holly L. Teeter on
02/26/2020.Mailed to pro se party Chad Edward Weiss SEDGWICK County Jail 141 W. Elm
Wichita, KS 67203 by certified mail Certified Tracking Number:
70180680000181735683(ses)**

**5:18-cv-03112-HLT-KGG Notice has been electronically mailed to:**

Jerry D. Hawkins    hawkins@hitefanning.com, cook@hitefanning.com, ewing@hitefanning.com,
stone@hitefanning.com

Kevin T. Stamper    Kevin.Stamper@sedgwick.gov

Tracy M. Hayes    t.hayes@swrsllp.com, m.moore@swrsllp.com

**5:18-cv-03112-HLT-KGG Notice has been delivered by other means to:**

Chad Edward Weiss
SEDGWICK County Jail
141 W. Elm
Wichita, KS 67203

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=2/26/2020] [FileNumber=4984922-0
] [8224c4696f4474f17845e8527c425e15768fad3cb3fa5233b0dc5b4756b920a276d
e4c875f2a13c1be52b59adef3418a7471e0436671e208d8c84b490b56112e]]



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FEDERAL BUILDING
KANSAS CITY, KANSAS 66101-3056

OFFICIAL BUSINESS

7016 0680 0001 8173 5683

Hasler
02/26/2020
US POSTAGE
FIRST-CLASS
$06.
ZIP 6
011D11

Chad Edward Weiss
SEDGWICK County Jail
141 W. Elm
Wichita, KS 67203

67203-368559