Chad Edward Weiss
C/O S.A. (Tim) Scimeca
River Park Place
727 N. Waco Ave, Suite 580
Wichita, Kansas 67203-3956

Timothy M. O'Brien, Clerk of Court
United States District Court
444 S.E. Quincy
Topeka, KS 66683

RECEIVED

MAR 10 2020

CLERK U.S. DIST. COURT
TOPEKA, KANSAS