**PRESS FIRMLY TO SEAL**          **PRESS FIRMLY TO SEAL**

  

U.S. POSTAGE PAID
PME 1-Day
WICHITA, KS
67202
MAR 09, 20
AMOUNT
$6.35
1007  66683  R2304H108730-10

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL EXPRESS**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE ( 316-269-3200 )
Chad Edward Weiss, c/o
S.A.C. Tim Prince, Atty
River Park Place
727 N. Waco, Suite 580
Wichita, KS 67203-3926

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)  PHONE ( )
Timothy M. O'Brien,
Clerk of Court
444 S.E. Quincy
Topeka, KS 66683


EJ 290 602 735 US

| ORIGIN (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code | Scheduled Delivery Date | Postage | |
| 67202 | 3/10/20 | $ 26.35 | |
| Date Accepted | Scheduled Delivery Time ☐10:30AM ☐3:00PM ☒12 NOON | Insurance Fee | COD Fee |
| 3/9/20 | | $ — | $ — |
| Time Accepted 1:03 ☐AM ☒PM | 10:30 AM Delivery Fee $ — | Return Receipt Fee $ — | Live Animal Transportation Fee $ — |
| Special Handling/Fragile $ — | Sunday/Holiday Premium Fee $ — | Total Postage & Fees | |
| Weight   ☒Flat Rate | Acceptance Employee Initials | $ 26.35 | |

**RECEIVED**
MAR 10 2020
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

 

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
† Money Back Guarantee for U.S. destinations only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.